■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN M. MCNULTY, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), rendered May 21, 2004. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS N. GARVER, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered May 10, 2006. The judgment convicted defendant, upon his plea of guilty, of felony driving while intoxicated.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAROSLAW W. OPOZDA, Appellant. [837 NYS2d 886]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered March 14, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the second degree and assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Centra, Peradotto and Pine, JJ.